# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**THEREASA SMITH**                                                                                           **PETITIONER**
*ADC #717744-18*

**V.**                                  **CASE NO. 4:21-cv-01214-BSM-JTK**

**DEXTER PAYNE**                                                                                             **RESPONDENT**

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before

the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## I.   Introduction

On December 15, 2021 Thereasa Smith, an inmate in the Arkansas Division of Correction ("ADC"), filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the Western District of Arkansas. (Doc. No. 1) Along with the petition, Ms. Smith also filed a Motion to Proceed *in forma pauperis*. (Doc. No. 2) On December 16, 2021, the Western District of Arkansas transferred this case to the Eastern District of Arkansas due to a lack of jurisdiction. (Doc. No. 3)

On June 14, 2021, Ms. Smith filed her first federal petition for writ of habeas corpus in the Eastern District of Arkansas. *See Smith v. Payne*, Case No. 4:21-cv-00517-JTK (E.D. Ark.). This case remains pending before this Court for substantive review.

For the reasons stated below, the Court recommends that Ms. Smith's petition be dismissed without prejudice.

## II.   Background

Ms. Smith pled guilty to second degree domestic battery on May 28, 2020 and was sentenced 180 months' imprisonment in the Arkansas Department of Correction. (Doc. 1-1, pg. 5)

In both petitions, Ms. Smith is challenging the way her sentence was calculated and claiming that there was an error in the classification of her charges.

### III.   Discussion

The Court lacks jurisdiction to hear the current petition because Ms. Smith has already challenged this conviction through a currently pending federal habeas petition. If Ms. Smith has anything to add to her current habeas petition, it would be more appropriate to file a motion to supplement in that case.

### IV.   Conclusion

This pending petition is successive. Accordingly, the Court recommends that Ms. Smith's petition for a federal writ of habeas corpus (Doc. No. 1) be denied; her pending Motion to Proceed *in forma pauperis* (Doc. No. 2) be denied as moot; and this case be dismissed, without prejudice.

DATED THIS 22nd day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE