IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THEREASA SMITH**
*ADC #717744-18*                                                                                        **PLAINTIFF**

**v.**                              **CASE NO. 4:21-CV-01214-BSM**

**DEXTER PAYNE**                                                               **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 5] is adopted. Thereasa Smith's petition for writ of habeas corpus [Doc. No. 1] is denied because she has an earlier petition that remains pending. *See Smith v. Payne*, Case. No. 4:21-cv-00517-JTK (E.D. Ark.). Smith's motion to proceed *in forma paueris* [Doc. No. 2] is denied as moot, and her case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of March, 2022.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE