**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**THEREASA SMITH**
*ADC #717744-18*                                                                           **PLAINTIFF**

**v.**                              **CASE NO. 4:21-CV-01214-BSM**

**DEXTER PAYNE**                                                                    **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE